## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In Re:   SHIRLEY R JONES

§
§        Case No.: 10-19962
§
§
§
Debtor(s)                                      §

──────────────────────────────────────────────────────────────────

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1).  The trustee declares as follows:

1)   The case was filed on 04/30/2010.

2)   This case was confirmed on 06/24/2010.

3)   The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4)   The trustee filed action to remedy default by the debtor in performance under the plan on 09/13/2011, 09/26/2011.

5)   The case was dismissed on 06/21/2012.

6)   Number of months from filing to the last payment:  24

7)   Number of months case was pending:  29

8)   Total value of assets abandoned by court order:  NA

9)   Total value of assets exempted: $     10,705.00

10)  Amount of unsecured claims discharged without payment $        .00

11)  All checks distributed by the trustee to this case have cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

**Receipts:**

|  |  |
|---|---|
| Total paid by or on behalf of the debtor | $   15,518.11 |
| Less amount refunded to debtor | $        .00 |
| **NET RECEIPTS** | $   15,518.11 |

**Expenses of Administration:**

|  |  |
|---|---|
| Attorney's Fees Paid through the Plan | $    3,499.00 |
| Court Costs | $        .00 |
| Trustee  Expenses and Compensation | $      886.97 |
| Other | $        .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $    4,385.97 |
| Attorney fees paid and disclosed by debtor | $        1.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| HOMEQ SERVICING | UNSECURED | NA | 140,639.48 | 140,639.48 | .00 | .00 |
| T-MOBILE/T-MOBILE US | UNSECURED | 970.00 | 570.80 | 570.80 | .00 | .00 |
| CITIFINANCIAL AUTO | SECURED | 20,740.00 | 28,864.39 | 28,864.39 | 9,575.42 | 1,556.72 |
| CITIFINANCIAL AUTO | UNSECURED | 8,420.00 | NA | NA | .00 | .00 |
| EMERGENCY MEDICAL SP | UNSECURED | 429.00 | NA | NA | .00 | .00 |
| EMERGENCY MEDICAL SP | UNSECURED | 277.00 | NA | NA | .00 | .00 |
| CITY OF CHICAGO DEPT | UNSECURED | 2,000.00 | 2,351.63 | 2,351.63 | .00 | .00 |
| COMCAST | UNSECURED | 92.00 | NA | NA | .00 | .00 |
| AT&T | UNSECURED | 294.00 | NA | NA | .00 | .00 |
| GERALDINE HOLT | UNSECURED | 4,000.00 | NA | NA | .00 | .00 |
| INTERNAL REVENUE SER | UNSECURED | 2,000.00 | 734.25 | 734.25 | .00 | .00 |
| GUARANTY BANK | UNSECURED | 178.00 | NA | NA | .00 | .00 |
| TCF BANK | UNSECURED | 171.00 | NA | NA | .00 | .00 |
| MCSI/RMI | UNSECURED | 250.00 | 250.00 | 250.00 | .00 | .00 |
| STROGER HOSPITAL | UNSECURED | 1,000.00 | NA | NA | .00 | .00 |
| ALBERTA JONES | OTHER | .00 | NA | NA | .00 | .00 |
| INTERNAL REVENUE SER | PRIORITY | NA | 7,549.00 | 7,549.00 | .00 | .00 |
| PEOPLES GAS LIGHT & | UNSECURED | NA | 355.95 | 355.95 | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

```
•=========================================================================•
|                                                                         |
| Summary of Disbursements to Creditors:                                  |
|                                                                         |
|                               Claim         Principal        Int.       |
|                               Allowed        Paid            Paid       |
| Secured Payments:                                                       |
|      Mortgage Ongoing              .00           .00           .00      |
|      Mortgage Arrearage            .00           .00           .00      |
|      Debt Secured by Vehicle  28,864.39     9,575.42      1,556.72      |
|      All Other Secured             .00           .00           .00      |
| TOTAL SECURED:                28,864.39     9,575.42      1,556.72      |
|                                                                         |
| Priority Unsecured Payments:                                            |
|      Domestic Support Arrearage    .00           .00           .00      |
|      Domestic Support Ongoing      .00           .00           .00      |
|      All Other Priority        7,549.00          .00           .00      |
| TOTAL PRIORITY:                7,549.00          .00           .00      |
|                                                                         |
| GENERAL UNSECURED PAYMENTS:   144,902.11         .00           .00      |
•=========================================================================•


•=========================================================================•
|                                                                         |
| Disbursements:                                                          |
|                                                                         |
|      Expenses of Administration    $    4,385.97                        |
|      Disbursements to Creditors    $   11,132.14                        |
|                                                                         |
| TOTAL DISBURSEMENTS:                    $    15,518.11                   |
•=========================================================================•
```

12)   The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed.  The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.


Dated:   09/27/2012           /s/ Tom  Vaughn
                              Tom  Vaughn,  Chapter  13  Trustee

STATEMENT       : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction
Act exemption  5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**